## GEORGE McDOUGALL *versus* FRANCIS LASSELLE

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Special bail *p. 669; (2) declaration filed, rule to plead *p. 747. *Journal 3:* (3) Referred *p. 75; (4) discontinued, judgment *p. 247.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) prayer for oyer; (5) oyer; (6–7) precipes for subpoenas; (8) subpoena; (9) general demurrer; (10) agreement to refer; (11) draft of rule of reference; (12) transcript of rule of reference, notice of meeting; (13) precipe for subpoena; (14) report of referees.

*Office Docket*, MS p. 72, c. 3. Recorded in *Book A*, MS pp. 274–83.